UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**WELLS FARGO BANK, N.A.,**

   *Plaintiff*,

v.                                                                                    Case No. 5:25-CV-00553-JKP

**LAWRENCE JEANPIERRE,**

   *Defendant*.

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is United States Magistrate Judge Richard B. Farrer's Report and Recommendation, (*ECF No. 7*), recommending the Court deny Defendant Lawrence Jeanpierre's ("Jeanpierre") Application to Proceed in District Court without Prepaying Fees and Costs, (*ECF No. 1*), and grant Plaintiff Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Remand, (*ECF No. 4*). Jeanpierre, proceeding *pro se*, did not object to the Report and Recommendation.

Upon consideration, the Court **ACCEPTS AND ADOPTS** the Report and Recommendation. As recommended, the Court **DENIES** Jeanpierre's Application to Proceed in District Court without Prepaying Fees and Costs, (*ECF No. 1*), and **GRANTS** Wells Fargo's Motion to Remand, (*ECF No. 4*).

### STANDARD OF REVIEW

Any party who seeks review of all or a portion of a Magistrate Judge's Report and Recommendation must serve and file specific written objections within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). If a party does not timely

object to all or a portion of a Magistrate Judge's Report and Recommendation, the District Court will review the unobjected-to proposed findings and recommendations to determine whether they are clearly erroneous or contrary to law. *Johnson v. Sw. Research Inst.*, 210 F. Supp.3d 863, 864 (W.D. Tex. 2016) (citing *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.)(per curiam), *cert. denied*, 492 U.S. 918 (1989).[1]

## DISCUSSION

Consistent with 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the Court reviewed the subject Report and Recommendation for clear error on the face of the record. The Court finds no such error. Jeanpierre did not pay the filing fee as ordered by Judge Farrer, did not seek leave to cure the significant deficiencies present in his Proposed Notice of Removal, and did not object to Judge Farrer's Report and Recommendation.

## CONCLUSION

Accordingly, the Court **ACCEPTS AND ADOPTS** the Report and Recommendation. As recommended, the Court **DENIES** Jeanpierre's Application to Proceed in District Court without Prepaying Fees and Costs, (*ECF No. 1*), and **GRANTS** Wells Fargo's Motion to Remand, (*ECF No. 4*).

It is **ORDERED** this case be **REMANDED** to the 285th Judicial District Court of Bexar County, Texas. The referral to the Magistrate Judge is **WITHDRAWN**. The Clerk of Court is **DIRECTED** to affect the remand according to the usual procedure and close this case.

---

[1] While Federal Rule 72(b) does not facially require any review in the absence of a specific objection, the advisory committee notes following its adoption in 1983 state: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Further, failure to object shall also bar appellate review of those portions of the Magistrate Judge's Report and Recommendation that were ultimately accepted by the district court, unless the party demonstrates plain error. *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Wilson*, 864 F.2d at 1221.

To facilitate timely receipt of this Order, the Clerk of Court is further **DIRECTED** to email a copy of this Order to Martin at:

1) law.jea@yahoo.com

The Clerk of Court is further **DIRECTED** to mail, via certified mail with return receipt requested, a copy of this Order to:

1) Lawrence Jeanpierre, 13618 Livestock Ct., San Antonio, Texas 78252

It is so ORDERED.
SIGNED this 2nd day of October, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE